

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00115-CV

## IN RE MARCIE LYNN DUTSCHMANN SCHRECK

**From the County Court at Law No. 1**
**McLennan County, Texas**
**Trial Court No. 2022-0008-GDN**

## Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus filed on April 22, 2022, is denied.[1]

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson,
    and Justice Smith
Petition denied
Opinion delivered and filed May 11, 2022
[OT06]



---

[1] In light of our disposition, all pending motions are dismissed as moot.